IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>JESSICA BINEGAR, JOHN HERNANDEZ, BRAD LEEPER,<br><br>                Defendant. | 4:24CR3010<br><br><br>**ORDER** |

    Defendant John Hernandez has moved to continue the pretrial motion deadline, (Filing No. 44), because Defendant John Hernandez and defense counsel need additional time to fully review the discovery. The motion to continue is unopposed by the government. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

1)     Defendant Hernandez's motion to continue, (Filing No. 44), is granted.

2)     As to all defendants, pretrial motions and briefs shall be filed on or before April 12, 2024.

3)     The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and April 12, 2024 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 13th day of March, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge